THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| DONALD MELTON, WARREN KETTLEWELL, ALEX O. ALIKSANYAN, THOMAS GRBELJA, VINCENT SPERO, and WILLIAM MCLEOD,<br><br>Plaintiffs,<br><br>v.<br><br>RENEWABLE INNOVATIONS, INC., RENEWABLE INNOVATIONS CORP., ROBERT L. MOUNT, LYNN BARNEY, and FNA GROUP, INC.,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:24-cv-00716-DBB-DAO<br><br>District Judge David Barlow |

IT IS ORDERED AND ADJUDGED:

The case is dismissed without prejudice for failure to prosecute.

Signed October 24, 2025.

BY THE COURT

_____
David Barlow
United States District Judge

1